Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL KAISER,

        Plaintiff(s),

   v.

WASHINGTON SUPREME COURT, *et al*.,

        Defendant(s).

No.  2:20-cv-01544-RAJ

Notice of Dismissal

      Due to Washington Supreme Court Order No. 25700-B-649, which appears to at least present the potential to remedy issues raised in Michael Kaiser's Complaint addressing Washington attorney admission procedures, combined with the fact that Order No. 25700-B-649 references a review period lasting until December 2022, efficiencies and the interests of judicial economy would argue for Mr. Kaiser to either dismiss his complaint or seek a two-year continuance, with the latter option appearing problematic on several levels for all parties concerned, including the Court.  Still, Mr. Kaiser may very well revisit this matter, apparently in

Notice of Dismissal
No.  2:20-cv-01544-RAJ                  1

Michael Kaiser
15127 NE 24th St., #152
Redmond, WA 98502
(206) 660-2858

the form of a new cause-of-action, following the completion of the review referenced in Order No. 25700-B-649.

Dated this 21st day of January 2021

<u>s/ Michael Kaiser</u>

Michael Kaiser

Notice of Dismissal
No.   2:20-cv-01544-RAJ                                    2

Michael Kaiser
15127 NE 24th St., #152
Redmond, WA 98502
(206) 660-2858